# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-890V
### Filed: April 23, 2018
UNPUBLISHED

JACKIE DWAYNE DAMRON, as the
Administrator of the Estate of JACK
DAMRON, Deceased,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Special Processing Unit (SPU);
Ruling on Entitlement; Concession;
Table Injury; Influenza (Flu) Vaccine;
Guillain-Barre Syndrome (GBS)

*William E. Cochran, Jr., Black McLaren Jones Ryland & Griffee, P.C., Memphis, TN , for
    petitioner.*
*Daniel Anthony Principato, U.S. Department of Justice, Washington, DC, for
    respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

    On June 29, 2017, petitioner filed a petition for compensation under the National
Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine
Act"). Petitioner alleges that his deceased father, Jack Damron, suffered the table injury
of the Guillain-Barré Syndrome ("GBS") after receiving the seasonal influenza vaccine.
Petition at 1. The case was assigned to the Special Processing Unit of the Office of
Special Masters.

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the
undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with
the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of
Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to
identify and move to redact medical or other information, the disclosure of which would constitute an
unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits
within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for
ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. §
300aa (2012).

On April 23, 2018, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent "has concluded that petitioner's alleged injury meets the requirements of the Vaccine Injury Table for GBS following the seasonal flu vaccination." *Id.* at 6. Respondent further agrees that "petitioner has satisfied all legal prerequisites for compensation under the Act." *Id.*

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**


<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master